■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERBERT LONG, Also Known as HUBERT LONG, Appellant. [708 NYS2d 869] —Judgment, Supreme Court, Bronx County (Vincent Quattrochi, J.), rendered March 5, 1998, convicting defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

Defendant's challenges to his waiver of indictment and prosecution by superior court information involve, at most, nonjurisdictional defects of form, which were unpreserved, as well as forfeited by his valid guilty plea (People v George, 261 AD2d 711, lv denied 93 NY2d 1018). In any event, defendant's waiver of indictment and superior court information, constituting a single document, satisfied the requirements of CPL 195.20 (see,

*People v Lamoni*, 230 AD2d 628, *lv denied* 89 NY2d 925). Concur—Williams, J. P., Mazzarelli, Lerner, Andrias and Friedman, JJ.